UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

    Plaintiff,

v.

                                      Case No. 21-cv-10518
                                      Hon. Matthew F. Leitman

HEIDI WASHINGTON, *et al.*,

    Defendant.

_____/

## **ORDER (1) CONDITIONALLY APPOINTING COUNSEL AND (2) STAYING CASE FOR PERIOD OF 30 DAYS**

Plaintiff Joel Carter is a state inmate in the custody of the Michigan Department of Corrections. In this *pro se* civil-rights action, Carter alleges that Defendants have wrongfully punished him, isolated him, and kept him incarcerated based upon his mental illnesses. (*See* Compl., ECF No. 1.)

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. *See Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993). However, this district has a procedure in which cases are referred to a *Pro Bono* Committee that requests members of the bar to assist in appropriate cases. As the Court explained in its March 29, 2024, order granting in part and denying in part Defendants' summary judgment motion, the Court believes

1

that Carter would benefit from the assistance of appointed *pro bono* counsel. (*See* Order, ECF No. 67, PageID.1307-1308.)

Accordingly, this case is **REFERRED** to the *Pro Bono* Committee so that the committee can appoint attorney Laurence H. Margolis to represent Carter. The Court will also **STAY** this action for a period of **30 days** while the committee formally appoints Margolis to represent Carter.

Once counsel is appointed, the Court will promptly set a status conference with all parties to set a schedule for the next steps in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2