UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

    Plaintiff,

v.

                                                    Case No. 21-cv-10518
                                                    Hon. Matthew F. Leitman

HEIDI WASHINGTON, *et al.*,

    Defendant.
_____/

### ORDER (1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 84) AND (2) SETTING SCHEDULE FOR FILING OF A MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

On November 5, 2025, the Court held a hearing on Plaintiff Joel Carter's motion for leave to file an Amended Complaint. (*See* Mot., ECF No. 84.) For the reasons explained on the record, the motion is **GRANTED IN PART AND DENIED IN PART**.

The motion is **DENIED** to the extent that Carter seeks leave to include in an Amended Complaint the constitutional claims described in Count I of the proposed Amended Complaint. (*See* Proposed Am. Compl., ECF No. 84-1.) Carter shall not include that Count in his Amended Complaint.

The motion is **GRANTED** to the extent that Carter seeks leave to include in an Amended Complaint his claims against the Michigan Department of Corrections

1

(the "MDOC") under the American with Disabilities Act and the Rehabilitation Act as described in Counts II and III of the proposed Amended Complaint. (*See id.*)

The parties shall now proceed under the following schedule:

- By no later than **December 2, 2025**, Carter shall file an Amended Complaint that includes Counts II and III of his proposed Amended Complaint against the MDOC but does not include Count I;

- By no later than **January 7, 2026**, the MDOC may file a motion to dismiss Carter's Amended Complaint;

- By no later than **January 28, 2026**, Carter shall file a response to the MDOC's motion to dismiss (if such a motion is filed); and

- By no later than **February 11, 2026**, the MDOC may file a reply brief in further support of its motion to dismiss.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2